IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ANTHONY MICHAEL FORD                                                              PLAINTIFF

v.                                      No. 5:16-CV-05348

DEPUTY RODNEY REED, Benton County
Detention Center (BCDC); JUDGE BRIDGES;
and SERGEANT MIKE LIRA                                                            DEFENDANTS

## ORDER

The Court has received a report and recommendation (Doc. 15) from United States Magistrate Judge Erin L. Setser. No objections have been filed and the deadline to file objections has passed. The Magistrate has conducted a preservice screening pursuant to 28 U.S.C. § 1915A and recommends that service be had on Defendants Deputy Rodney Reed and Sergeant Mike Lira. The Magistrate further recommends that no service be had on Defendant Judge Bridges and that the claims against him be dismissed on the basis that "[j]udges performing judicial functions enjoy absolute immunity from § 1983 liability." *Robinson v. Freeze*, 15 F.3d 107, 108 (8th Cir. 1994).

The Court has reviewed this case and finds that the report and recommendation is proper, contains no clear error, and should be and hereby is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that Plaintiff's claims against Defendant Judge Bridges are DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 28th day of February, 2017.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE